NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ALPHONSO INC.,**

*Plaintiff-Appellant*

**v.**

**FREE STREAM MEDIA CORP., DBA SAMBA TV,**

*Defendant-Appellee*

---

2019-2313

---

Appeal from the United States District Court for the District of Delaware in No. 1:18-cv-01205-CFC, Judge Colm F. Connolly.

---

## JUDGMENT

---

INDRA NEEL CHATTERJEE, Goodwin Procter LLP, Redwood City, CA, argued for plaintiff-appellant.  Also represented by ELIZABETH J. LOW, ANDREW S. ONG; DAVID ZIMMER, Boston, MA.

WILLIAM P. NELSON, Tensegrity Law Group, LLP, Redwood City, CA, argued for defendant-appellee.  Also represented by DANIEL RADKE, NATASHA SAPUTO, MATTHEW D. POWERS, JENNIFER ROBINSON.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (NEWMAN, LINN, and STOLL, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

September 11, 2020
Date

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court